UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR KASIANOV,<br>    Plaintiff,<br>    v.<br>GAMBOA, Warden,<br>    Defendant. | Case No. 21-cv-07850-KAW   (PR)<br><br>**ORDER OF TRANSFER** |

Oleksandr Kasianov, a prisoner at Avenal State Prison, located in the Eastern District of California, has filed a document entitled, "Request for a Check in Advance with the Clerk's Office." The document alleges facts about the Clerk of the Court in the Eastern District of California where Kasianov filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, *Kasianov v. Gamboa*, case number 21-cv-00193-JAM-GGH. Kasianov attaches numerous exhibits from his Eastern District case.

Kasianov's "Request" does not indicate a reason for filing this document in the Northern District of California. It is possible he filed it here in error. In any event, this Court has no jurisdiction over his Eastern District case. Therefore, this "Request" is transferred to the Eastern District of California.

The clerk of the court designated the "Request" as a civil rights action under 42 U.S.C. § 1983. However, it is not a civil rights actions but a document that belongs in Kasianov's Eastern District case. Therefore, the clerk shall not charge a fee for this document which appears to have

been filed in error.

     IT IS SO ORDERED.

Dated: October 26, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2